**MING FANG CHEN; Zhao Wu Zeng, a/k/a Zhou Wu Zheng, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 14–1599.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2015.

Decided: April 7, 2015.

Yee Ling Poon, Robert Duk–Hwan Kim, Law Office of Yee Ling Poon, LLC, New York, New York, for Petitioners. Joyce R. Branda, *Acting Assistant Attorney General*, Shelley R. Goad, *Assistant Director*, Elizabeth R. Chapman, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ming Fang Chen and Zhao Wu Zeng ("Petitioners"), natives and citizens of the People's Republic of China, petition for review of an order of the Board of Immigration Appeals ("Board") denying their motion to reopen. We have thoroughly reviewed the administrative record and the Petitioners' claims and conclude that the Board did not abuse its discretion in denying the motion as untimely filed. *See* 8 C.F.R. § 1003.2(c)(2) (2014). We therefore deny the petition for review for the reasons stated by the Board. *See In re: Ming Fang Chen* (B.I.A. May 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*